IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07 MC 24**

| | |
|---|---|
| NITRO DISTRIBUTING INC., *et al,* ) | |
| Plaintiffs, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| U-CAN-II, Inc., *et al* ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court upon the motion of plaintiffs to allow **R. Todd Ehlert** to appear *Pro Hac Vice*, dated March 19, 2007 [doc. # 13].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Ehrlet has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 20, 2007

Graham C. Mullen
United States District Judge